In the Matter of JOHN J. McLAUGHLIN, Respondent, *v.* JAMES CONNORS, Appellant, Impleaded with Others.

*Matter of McLaughlin* v. *Connors,* 112 App. Div. 906, affirmed.
(Argued April 18, 1906; decided May 8, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 9, 1906, which affirmed an order of Special Term declaring void a primary election held in the ninth ward of the city of Watervliet, September 19, 1905, and directing that a special primary election be held for the election of a member of the Democratic general committee of the county of Albany from said ward.

*William V. Cooke* for appellant.

*A. J. Danaher* for respondent.

Order affirmed, with costs, with leave to apply to the Supreme Court, or a justice thereof, to fix a date for the new primary election; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ.; WILLARD BARTLETT, J., votes for modification by striking out the direction for a new election.